GUADALUPE VALENCIA, ESQ.
California State Bar No. 197831
105 West "F" Street, Third Floor
San Diego, California 92101-6036
Telephone (619)232-2588

FILED
NOV 19 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ALEJANDRO ELIZALDE, Defendant. | Case No. 20-cr-03290-BAS<br><br>SUBSTITUTE OF ATTORNEY |

The Defendant, ALEJANDRO ELIZALDE, hereby substitutes Guadalupe Valencia, Attorney at Law at 105 West F St., 3rd Floor, San Diego, CA 92101, as attorney of record in place and stead of attorney Keith Rutman, 501 West Broadway, Ste. 1650, San Diego, CA 92101, (619)237-9072.

Dated: 11-17-20         _/s/ Alejandro Elizalde_
                        ALEJANDRO ELIZALDE

Dated: _____          Keith H. Rutman (Digitally signed by Keith H. Rutman, Date: 2020.11.17 14:37:07 -08'00')
                        KEITH RUTMAN

Above Substitution accepted.

Dated: November 17, 2020    _s/ Guadalupe Valencia_
                            GUADALUPE VALENCIA
                            Substituted Attorney for ELIZALDE

_[signature]_ 11/19/2020
UNITED MAGISTRATE JUDGE
ALLISON H. GODDARD